**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **RICKKE LEON GREEN,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIV-07-1071-R |
| | ) |
| **MARTY SIRMONS, Warden,** | ) |
| | ) |
| Respondent. | ) |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Doyle W. Argo entered January 3, 2008. Doc. No. 24. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety and this action is TRANSFERRED to the Tenth Circuit Court of Appeals pursuant to 28 U.S.C. § 1631 so that Petitioner may seek the authorization necessary to pursue a successive petition for a writ of habeas corpus in this Court.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE